## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PARADISE HOGAN, on behalf of himself and all others similarly situated,  ) ) ) | |
| Plaintiff,  ) ) | C. A. No. 1:17-cv-10024-LTS |
| v.  ) ) | |
| SPAR GROUP, INC. and SPAR BUSINESS SERVICES, INC.  ) ) ) | |
| Defendants.  ) ) | |

### ORDER OF DISMISSAL

Pursuant to this Court's March 12, 2018 Order on <u>Defendants' Motion to Compel Arbitration and to Dismiss or, in the Alternative, to Stay</u> and in light of the Supreme Court's May 21, 2018 decision in *Epic Sys. Corp. v. Lewis*, No. 16-285,___ S.Ct. ___, 2018 WL 2292444 (U.S. May 21, 2018), I hereby (1) order the Plaintiff to arbitrate his claims against defendant SPAR Business Services, Inc. on an individual basis, and (2) dismiss Plaintiff's claims, including those allegedly brought on behalf of a putative class, against defendant SPAR Business Services, Inc., with prejudice, in favor of arbitration.

SO ORDERED.

June 26, 2018

/s/ Leo T. Sorokin
Hon. Leo T. Sorokin
United States District Judge